OPINION OF THE COURT
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, with costs. Insofar as the Appellate Division dismissed petitioner’s application to stay arbitration, we affirm for the reasons stated in the opinion by Justice Leonard H. Sandler (119 AD2d 144). To the extent that the Appellate Division granted an injunction pending determination of the issues raised in the arbitration, we conclude that the Appellate Division did not abuse its discretion.
 

 Concur: Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa.